Evidence. Where the Law is in any Cafe doubt-full and the Equity of it plain, you fhould verge towards Equity. Cuftom fhall not be placed in Oppofition to Law, but it may be a Circumftance going to interpret the Intention of the Parties. I fee Nothing to diftinguifh this from the Cafe of *Jackfon* v. *Foye.*

*Verdict for Defendant.*

---

## Daniels *verf.* Bullard.

A DEPOSITION was offered; the Caption imported that the Witnefs was immediately going out of the Country, and therefore the oppofite Party not notified. *Ruled* bad.

---

## Barnes *verf.* Greenleaf.

THE Queftion in this Cafe was, whether Mr. Wheelwright fhould be admitted as a Witnefs. The Action was brought againft Greenleaf (Sheriff) for an infufficient Service of a Writ upon which the Return ftood thus : " I have attached the Defendant, and taken Mr. Wheelwright's Word for his Appearance." (1) Mr. Wheelwright was offered

---

(1) The return as fet forth on record is as follows :
" Suffolk fs. Bofton, June 17, 1762. I attached the body of the within

---

*Margin notes:*

1763.
DERUMPLE
*v.*
CLARK.

DANIELS
*v.*
BULLARD.
Rec. 1763.
Fol. 106.

The Fact that a Witnefs is immediately about to leave the Country will not authorize the taking his Depofition without Notice to the oppofite Party.

BARNES
*v.*
GREENLEAF.
Rec. 1763.
Fol. 23.

An Officer who difcharges a Defendant from Arreft in Confideration of the Promife of a third Perfon for his Appearance, can